IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES GRIFFIN,

       Petitioner,

vs.                                  CASE NO. 5:08cv201/RS-MD

STATE OF FLORIDA,

       Respondent.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 16). Petitioner has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Petition for Writ of Habeas Corpus (Doc. 1), which challenges the sentence imposed in State of Florida v. James D. Griffin in the Circuit Court of Bay County, Florida, Case No. 04-2497, is denied.

3. The clerk is directed to close the file.

**ORDERED** on March 13, 2008

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**